DALE KOTCHKA-ALANES
State Bar No. 13168
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway, Suite 600
Los Vegas, NV 89169
Telephone:    702-949-8200
Facsimile:     702-949-8398
Email: dkotchkaalanes@lewisroca.com

*Attorney for Defendant*
*TMX Finance Corporate Services, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Melvin Nicholas, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TMX Finance Corporate Services, Inc. and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:23-cv-01749-CDS-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Melvin Nicholas ("Plaintiff") filed the above-captioned action against Defendant TMX Finance Corporate Services, Inc. ("Defendant") and Does 1-10 in the Eighth Judicial District Court, Clark County, Nevada, Case Number A-23-878564-C, on September 28, 2023 (the "Complaint") and served the Complaint on Defendant on October 9, 2023.  Defendant filed a timely Notice of Removal with this Court on October 27, 2023.  Pursuant to Fed. R. Civ. P. 81(c)(2)(C), the deadline for Defendant to respond to the Complaint is currently November 3, 2023.  However, Defendant filed a motion to transfer this case to the Southern District of Georgia on October 30, 2023.  The parties agree it makes sense for the motion to transfer to be decided before a response to the complaint is due.  Plaintiff and Defendant accordingly stipulate that Defendant's response to Plaintiff's Complaint shall be due 30 days from the date an order issues on Defendant's pending

- 1 -

122825634.1

motion to transfer.

Dated: October 31, 2023

| KIND LAW | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By: /s/ Michael Kind<br>Michael Kind (SBN 13903)<br>8860 South Maryland Parkway, Suite 106<br>Los Vegas, NV 89123<br>Telephone:  702-337-2322<br><br>George Haines (SBN 9411)<br>Gerardo Avalos (SBN 15171)<br>FREEDOM LAW FIRM<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>Telephone:  702-880-5554<br><br>*Attorneys for Plaintiff* | By:   /s/ Dale Kotchka-Alanes<br>Dale Kotchka-Alanes (SBN 13168)<br>3993 Howard Hughes Parkway<br>Suite 600<br>Los Vegas, NV 89169<br>Telephone:     702-949-8200<br><br>*Attorney for Defendant* |

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: November 1, 2023

- 2 -