# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELVIN NICHOLAS,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>TMX FINANCE CORPORATE SERVICES, INC.,<br><br>　　　　Defendant(s). | Case No. 2:23-cv-01749-CDS-NJK<br><br>**ORDER**<br><br>[Docket No. 5] |

Pending before the Court is Defendant's motion to transfer this case to the Southern District of Georgia under the first-to-file rule and 28 U.S.C. § 1404(a). Docket No. 5. The motion was filed on October 30, 2023, making the deadline to respond November 13, 2023. *See* Local Rule 7-2(b). Plaintiff did not respond. Accordingly, the motion to transfer is **GRANTED** as unopposed. Local Rule 7-2(d).[1] This action is hereby **TRANSFERRED** to the Southern District of Georgia.

IT IS SO ORDERED.

Dated: November 14, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The undersigned resolves the motion through issuance of an order as it is well-settled that a magistrate judge possesses the authority to decide a motion to transfer. *See, e.g.*, *Pavao v. Unifund CCR Partners*, 934 F. Supp. 2d 1238, 1241 n.1 (S.D. Cal. 2013) (collecting cases).